| SUSAN LUCAS, ET AL. | * | NO. 2024-C-0628 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| OCHSNER CLINIC FOUNDATION, OCHSNER MEDICAL CENTER-WESTBANK, L.L.C., ET AL. | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

ATKINS, J., CONCURS IN THE RESULT.